UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NO. 3:22-CV-256-DJH-LLK

DENORVER GARRETT                                                    PLAINTIFF

vs.        **INITIAL DISCLOSURES OF DEFENDANT, ERIKA SHIELDS**

AARON CODY AMBERS, *et al.*                                        DEFENDANTS

\* \* \* \* \* \* \* \* \*

Comes the Defendant, Erika Shields, by counsel, and pursuant to this Court's Scheduling Order, submits her Initial Disclosures based upon information currently and reasonably available to her.  Additional relevant information and documents are believed to be in the possession and control of Defendant, Louisville and Jefferson County Metro Government, other parties in this action and/or non-parties.   Defendant Shields reserves the right to amend or supplement their Disclosures as discovery may reveal.

**I.      FRCP 26(a)(1)(A)(i).  Individuals likely to have discoverable information that Defendant Shields may use to support her defense.**

1.      Erika Shields.  Ms. Shields can be reached through the office of the undersigned counsel.  She has knowledge of the remaining claim made against her by the Plaintiff.

2.      Sgt. Joel Casse of Louisville Metro Police Department Training Division analyzed the incident and concluded that the use of force did not violate LMPD policy.  Sgt. Casse can be reached through the Office of Mitchell T. Denham.

3.      Officer Allan Manganello of Louisville Metro Police Department Training Division analyzed the incident and concluded that the use of force did not violate LMPD policy. Officer Manganello can be reached through the office of the undersigned counsel.

4.      Any person identified by the Plaintiff, or Co-Defendants, or by any other

1

documents listed in the parties' Initial Disclosures, or produced in the course of discovery.

5.      Any person necessary to authenticate any record produced by any party in this litigation.

Defendant Shields reserves her right to amend or supplement these disclosures, and her right to allow upon any and all additional witnesses revealed during discovery who may have discoverable information regarding this case.

**II      FRCP 26(a)(1)(A)(ii).   Description of documents and electronically stored information in Defendant Shields' possession, custody or control which Defendant Shields may use to support her defense.**

1.   Any and all documents and electronically stored information listed by the Plaintiff and/or Co-Defendant in their Initial Disclosures.

2.   Any document filed into the Court's record of this case, including, but not limited to all pleadings (and exhibits), and all motions, responses and replies (and exhibits).  Defendant Shields reserves the right to assert any and all applicable privileges and/or objections with regard to production of documents.  Defendant Shields reserves the right to further supplement her Disclosure above and her right to allow upon any and all additional documents revealed during discovery.

**III      FRCP 26(a)(1)(A)(iii).   Computation of each category of damage claimed by Defendant Shields.**

Defendant Shields is not making any damage claim.

**IV      FRCP 26(a)(1)(A)(iv).   Insurance agreement(s) under which an insurance business may be liable to satisfy all or part of a judgment entered in this case.**

Defendant Shields refers to Defendant, Louisville Metro Government's, Initial Disclosures for insurance information.

DILBECK & MYERS, PLLC


/s/ James P. Dilbeck
JAMES P. DILBECK
JACE S. MARTIN
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
(502) 595-6500

## **CERTIFICATE**

I hereby certify that on the 2nd day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send copies to all attorneys of record.


/s/ James P. Dilbeck
JAMES P. DILBECK

3